**STATE of Missouri, Plaintiff/Respondent,**

v.

**Steve BLACK, Defendant/Appellant.**

**No. 64282.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 2, 1994.

Tamara L. Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CRIST and CARL R. GAERTNER, JJ.

PER CURIAM.

In this jury-tried case, defendant was convicted of second degree burglary in violation of § 569.170, RSMo 1986, and one count of stealing over $150 in violation of § 570.030, RSMo 1986. He was sentenced as a prior and persistent offender to 15 years on each charge to be served consecutively.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).